1  JOSHUA E. KIRSCH (179110)
   KONSTANTIN SAVRANSKY (267702)
2  GIBSON ROBB & LINDH LLP
   201 Mission Street, Suite 2700
3  San Francisco, California  94105
   Telephone:   (415) 348-6000
4  Facsimile:   (415) 348-6001
   Email:        jkirsch@gibsonrobb.com
5                ksavransky@gibsonrobb.com

6  Attorneys for Plaintiff
   GREAT AMERICAN INSURANCE
7  COMPANY OF NEW YORK



GRANTED. All pending dates are VACATED.
Dated: 1/24/2013

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

13  GREAT AMERICAN INSURANCE      )   Case No.  3:12-cv-05659-MEJ
    COMPANY OF NEW YORK, a        )
14  corporation;                  )
                                  )   **NOTICE OF SETTLEMENT AND
15          Plaintiff,            )   REQUEST TO VACATE ALL DATES;
                                  )   [PROPOSED] ORDER**
16      v.                        )
                                  )
17  EVA AIRWAYS CORPORATION, a    )
    foreign corporation;          )
18                                )   Complaint Filed:    November 5, 2012
            Defendants.           )
19  _____)

20      The parties in the matter have reached a settlement agreement.  A request for dismissal

21  will be submitted after settlement payment has been made, which is expected within 30 days.

22      Plaintiff further requests that current hearing dates in this matter be vacated.

24                                    Respectfully submitted,

25  Dated: January 23, 2013           GIBSON ROBB & LINDH LLP

26                                     /s/ JOSHUA E. KIRSCH
                                      Joshua E. Kirsch, Attorney for Plaintiff
27                                    GREAT AMERICAN INSURANCE COMPANY
                                      OF NEW YORK
28

NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES; [PROPOSED] ORDER
Case No.: 3:12-cv-05659-MEJ; Our File No.: 5721.08