| | |
|---|---|
| 1 | JOSHUA E. KIRSCH (179110)<br>KONSTANTIN SAVRANSKY (267702) |
| 2 | GIBSON ROBB & LINDH LLP<br>201 Mission Street, Suite 2700 |
| 3 | San Francisco, California  94105<br>Telephone:    (415) 348-6000 |
| 4 | Facsimile:    (415) 348-6001<br>Email:        jkirsch@gibsonrobb.com |
| 5 | ksavransky@gibsonrobb.com |
| 6 | Attorneys for Plaintiff<br>GREAT AMERICAN INSURANCE |
| 7 | COMPANY OF NEW YORK |



GRANTED. All pending dates are VACATED.
Dated:   1/24/2013

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, a corporation;<br><br>          Plaintiff,<br><br>    v.<br><br>EVA AIRWAYS CORPORATION, a foreign corporation;<br><br>          Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No.  3:12-cv-05659-MEJ<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES; [PROPOSED] ORDER**<br><br>Complaint Filed:     November 5, 2012 |

The parties in the matter have reached a settlement agreement.  A request for dismissal will be submitted after settlement payment has been made, which is expected within 30 days.

Plaintiff further requests that current hearing dates in this matter be vacated.

Respectfully submitted,

Dated: January 23, 2013          GIBSON ROBB & LINDH LLP

 /s/ JOSHUA E. KIRSCH
Joshua E. Kirsch, Attorney for Plaintiff
GREAT AMERICAN INSURANCE COMPANY OF NEW YORK

---

NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DATES; [PROPOSED] ORDER
Case No.: 3:12-cv-05659-MEJ; Our File No.: 5721.08